IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mance Sr, Darryl E | Case Number: 07 B 15331 |
|---|---|---|
|  | Mance, Cynthia C | Judge: Goldgar, A. Benjamin |
|  | Printed: 2/19/08 | Filed: 8/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 600.00 |  |
| Secured: |  | 567.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 32.40 |
| Other Funds: |  | 0.00 |
| Totals: | 600.00 | 600.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,806.33 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Turner Acceptance Corporation | Secured | 935.00 | 94.60 |
| 4. | Wachovia Dealer Services | Secured | 5,449.22 | 378.40 |
| 5. | Village of Dolton | Secured | 770.00 | 94.60 |
| 6. | America's Servicing Co | Secured | 21,000.00 | 0.00 |
| 7. | Wachovia Dealer Services | Unsecured | 0.00 | 0.00 |
| 8. | T Mobile USA | Unsecured | 4.13 | 0.00 |
| 9. | ER Solutions | Unsecured | 18.74 | 0.00 |
| 10. | St Margaret Mercy Hospital | Unsecured | 20.64 | 0.00 |
| 11. | Illinois Dept Of Employment Sec | Unsecured | 119.08 | 0.00 |
| 12. | T Mobile USA | Unsecured | 4.26 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 24.85 | 0.00 |
| 14. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 15. | AMCA | Unsecured |  | No Claim Filed |
| 16. | American Security Insurance Company | Unsecured |  | No Claim Filed |
| 17. | Asset Management Systems Inc | Unsecured |  | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | Pathology Assoc Of Chicago | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | Dr Patricia Boatwright | Unsecured |  | No Claim Filed |
| 23. | Financial Asset Management Systems, Inc | Unsecured |  | No Claim Filed |
| 24. | Harris & Harris | Unsecured |  | No Claim Filed |
| 25. | Credit Protection Association | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mance Sr, Darryl E
Mance, Cynthia C
Printed:  2/19/08

Case Number:  07 B 15331
Judge:  Goldgar, A. Benjamin
Filed:  8/23/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 27. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 28. | Midwest Emergency | Unsecured | | No Claim Filed |
| 29. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 32. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 33. | Professional Account Management | Unsecured | | No Claim Filed |
| 34. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 35. | Professional Account Management | Unsecured | | No Claim Filed |
| 36. | Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 32,152.25 | $ 567.60 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 32.40 |
| | _____ |
| | $ 32.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_